**No. 43311.**—Protest 829140–G of Western Novelty Co. (Los Angeles).

Opinion by TILSON, J. It was stipulated that the merchandise consists of rubber rats the same as those passed upon in Abstracts 31963 and 38964. The claim at 25 percent under paragraph 1537 (b) was therefore sustained.

**No. 43312.**—Protests 779605–G, etc., of Mogi Momonoi & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of cabinets in chief value of wood similar to those the subject of Abstract 37636. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 43313.**—Protest 812398–G of Nippon Trading Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of cabinets in chief value of wood similar to those the subject of Abstract 37636. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

BEFORE THE SECOND DIVISION, MARCH 5, 1940

**No. 43314.**—Protests 788004–G, etc., of American Cyanamid & Chemical Corp. et al. (Tampa and New York).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43315.**—Protests 784151–G, etc., of Central Bag & Burlap Co. et al. (New York).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43316.**—Protests 733483–G, etc., of Abouchar & Co. et al. (New York).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43317.**—Protests 715435–G, etc., of Stone & Downer Co. et al. (Boston and New York).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

FEBRUARY 28, 1940

**No. 43318.**—Protest 10358–K of Mary G. Ricks. Abstract 43274. Application by plaintiff for rehearing granted.